

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

North America   Europe   Asia

May 22, 2025

**VIA ECF**

Hon. Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *North American Soccer League, LLC v. United States Soccer Federation, Inc. and Major League Soccer, L.L.C.*, **No. 25-1225 (E.D.N.Y. No. 1:17-cv-05495-HG)**

Dear Ms. Wolfe:

    I am counsel of record for Plaintiff-Appellant North American Soccer League, LLC ("NASL") in the above-referenced case. Pursuant to this Court's Local Rule 31.2(a)(1)(A), NASL respectfully requests a deadline of August 21, 2025 to file its opening brief in this appeal. This date is ninety-one days from May 22, 2025, which is the date that NASL filed its certificate that no transcript would be ordered.

                                             Respectfully submitted,

                                  By:   s/Jeffrey L. Kessler
                                          Jeffrey L. Kessler

                                        *Counsel for Plaintiff North American Soccer League, LLC*

cc:  All counsel of record (via ECF)