**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: May 30, 2025
Docket #: 25-1225
Short Title: North American Soccer League, LLC v. United States Soccer Federation, Inc.

DC Docket #: 1:17-cv-5495
DC Court: EDNY (BROOKLYN)
DC Judge: Trial Judge - Hector Gonzalez

## AMENDED CAPTION NOTICE

As noted on the docket sheet, the caption has been changed. If the brief has been filed, six copies of a revised brief cover accurately reflecting the change in official caption must be submitted within 14 days of this notice.

Inquiries regarding this case may be directed to 212-857-8551.