# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

---

NORTH AMERICAN SOCCER LEAGUE, LLC,

      Plaintiff-Appellant,

v.                                                                                   Docket No. 25-1225

UNITED STATES SOCCER FEDERATION, INC., and MAJOR LEAGUE SOCCER, L.L.C.,

      Defendant-Appellees.

---

## STIPULATION TO FILE DEFERRED APPENDIX

Pursuant to Federal Rule of Appellate Procedure 30(c) and Local Rule 30.1(c), it is hereby stipulated and agreed by and between the parties hereto that the parties will file a deferred appendix.

Dated:     August 5, 2025

| | |
|---|---|
| *[signature]* | s/Jeffrey L. Kessler |
| Gregory G. Garre | Jeffrey L. Kessler |
| Anna M. Rathbun | Eva W. Cole |
| **LATHAM & WATKINS LLP** | Mark E. Rizik Jr. |
| 555 Eleventh Street, NW | **WINSTON & STRAWN LLP** |
| Washington, D.C. 20004 | 200 Park Avenue |

1

Tel.: (202) 637-2200
Fax: (202) 637-2201
gregory.garre@lw.com

Christopher S. Yates
Aaron T. Chiu
**LATHAM & WATKINS LLP**
505 Montgomery Street
San Francisco, CA 94111
Tel.: (415) 391-0600
Fax: (415) 395-8095
chris.yates@lw.com
aaron.chiu@lw.com

Lawrence E. Buterman
Samir Deger-Sen
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10022
Tel.: (212) 906-1200
Fax: (212) 751-4864
lawrence.buterman@lw.com

*Counsel for Defendant-Appellee United States Soccer Federation, Inc.*

New York, NY 10166
Tel.: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com
ewcole@winston.com
mrizik@winston.com

Daniel L. Warshaw
Matthew A. Pearson
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Tel.: (818) 788 8300
Fax: (818) 788 8104
dwarshaw@pwfirm.com
mapearson@pwfirm.com

*Counsel for Plaintiff-Appellant North American Soccer League, LLC*

_____ (by Scott Eggers with permission).
Bradley I. Ruskin
Scott A. Eggers
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, New York 10036
Tel.: (212) 969-3000
bruskin@proskauer.com
seggers@proskauer.com

John E. Roberts
**PROSKAUER ROSE LLP**
One International Place
Boston, MA 02110
Tel.: (617) 526-9813
jroberts@proskauer.com

*Counsel for Defendant-Appellee Major League Soccer, L.L.C.*