

North America   Europe   Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

September 17, 2025

**VIA ECF**

Hon. Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *North American Soccer League, LLC v. United States Soccer Federation, Inc. and Major League Soccer, L.L.C.*, No. 25-1225 (E.D.N.Y. No. 1:17-cv-05495-HG)

Dear Ms. Wolfe:

  I write on behalf of Plaintiff-Appellant North American Soccer League, LLC ("NASL") in the above-referenced case. It has come to our attention that, in NASL's page-proof brief (Dkt. No. 46.1), NASL inadvertently cited certain non-final deposition transcript designations rather than the final designations used at trial. NASL also inadvertently cited certain unused trial exhibits rather than the same documents that previously were filed as summary judgment exhibits.

  At the request of Defendants-Appellants, NASL respectfully submits a corrected page-proof brief with these citation errors fixed, filed concurrently herewith. The specific documents whose citations have been corrected are listed below:

| Location in Brief | Original Document | Replacement Document |
|---|---|---|
| 17, 66, 69 | E479-16 | JX114 |
| 11 | E479-18 | JX107 |
| 38 | E479-34 | JX111 |
| 38–39 | E479-38 | JX112 |
| 38 | E494-1 | JX109 |

September 17, 2025  
Page 2

| 9-10, 38 | E494-2 | JX108 |
|---|---|---|
| 38 | E494-6 | JX106 |
| 38–39 | JX87 | E275-59 |
| 38–39 | PX15 | E300-48 |
| 38–39 | PX136 | E300-92 |

Respectfully submitted,

By: s/Jeffrey L. Kessler  
Jeffrey L. Kessler

*Counsel for Plaintiff-Appellant North American Soccer League, LLC*

cc: All counsel of record (via ECF)